# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>ERIE PRISON, et al,<br><br>    Defendants. | C.A. No. 1:18-cv-106 |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on April 6, 2018, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on July 10, 2018 recommended that this action be dismissed due to Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at 3519 Brierwood Drive, Erie, PA 16510, the last address of record. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 30th day of July, 2018;

IT IS HEREBY ORDERED that this action is DISMISSED due to Plaintiff's

failure to prosecute. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued July 10, 2018, is adopted as the opinion of the court.

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record \_\_\_\_